In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-114 CV


____________________



ENDOVASC, INC. A/K/A ENDOVASC LTD., INC., Appellant



V.



THE DOW CHEMICAL COMPANY, Appellee






On Appeal from the 359th District Court


Montgomery County, Texas


Trial Cause No. 03-08-06181-CV 






 ORDER 


 Our Opinion issued on December 13, 2007, motion for rehearing was overruled on
January 17, 2008, no petition for review has been filed, and our mandate has not yet issued. 
On February 25, 2008, we received a suggestion of bankruptcy alleging Endovasc, Inc. filed
a bankruptcy proceeding in Case No. 08-30581 in the United States Bankruptcy Court for the
Southern District of Texas, Houston Division, on February 3, 2008. The appeal is abated for
administrative purposes only, and will be treated as a closed case unless timely reinstated by
proper motion. Tex. R. App. P. 8.

 ORDER ENTERED February 28, 2008.

 PER CURIAM 

Before Gaultney, Kreger and Horton, JJ.